No. D–2644. IN RE DISCIPLINE OF ABRAMOWITZ. Jeffrey Abramowitz, of Mt. Laurel, N. J., is suspended from the practice

of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.